JS-6

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MATHEW R. TROUGHTON, Cal. Bar No. 151752
mtroughton@sheppardmullin.com
DAVID A. DEGROOT, Cal. Bar No. 168073
ddegroot@sheppardmullin.com
M. REED MERCADO, Cal. Bar No. 247318
rmercado@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Plaintiff
KIEWIT POWER CONSTRUCTORS CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIEWIT POWER CONSTRUCTORS CO., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMAND GONZALES, INC., dba GONZALES CONSTRUCTION, a California corporation; ARMAND GONZALES, an individual; THE GONZALES FAMILY TRUST OF 1995, a trust; ASG LASSEN LLC, a California limited liability company; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. CV 14-886-GW(ASx)<br><br>**ORDER TO (1) DISMISS COMPLAINT WITH PREJUDICE; AND**<br>**(2) RETAIN JURISDICTION TO ENFORCE SETTLEMENT** |

　　　Pursuant to the Stipulation of the parties, the Complaint filed by plaintiff Kiewit Power Constructors Co. ("Kiewit") is hereby dismissed with prejudice, with each party bearing its own attorney's fees and costs. The Court shall retain jurisdiction to enforce, interpret and resolve any disputes regarding the parties' Settlement Agreement, and to order any appropriate remedy if a party fails to comply with its terms.

-1-

SMRH:436248176.1

Case No. CV14-0886-GW-AS
[PROPOSED] ORDER

1     IT IS SO ORDERED.

2

3

Dated: March 30, 2015     _____

4     Hon. George H. Wu
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28